650

No. 561. McCarthy v. United States. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Mr. W. Marvin Smith* for the United States.

No. 564. Helvering, Commissioner of Internal Revenue, v. Stoner. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Reed* for petitioner. No apearance for respondent.

No. 565. Donahue v. Rockwell et al. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Hoffman* for petitioner. *Messrs. Hiram C. Todd* and *Wm. Dewey Loucks* for respondents.

No. 567. Armand Co., Inc. v. Federal Trade Commission. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Ward Beer* for petitioner. *Solicitor General Reed, Assistant Attorney General Dickinson,* and *Messrs. Wendell Berge, M. S. Huberman,* and *W. T. Kelley* for respondent.

No. 572. Counselman, Executrix, v. Pritzer. December 9, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Colum-